_____



SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: April 18, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     LayTonya Denise Skipper, Debtor                    Case No. 24-02455-JAW
                                                              CHAPTER 13

### ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

THIS CAUSE having come on for consideration of the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #__34__] (the "Application") filed herein by counsel for the Debtor, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr. is awarded Attorney's fees in the amount of $1,986.00 and expenses in the amount of $95.57 for a total of $2,081.57. The Trustee shall disburse an additional $2,081.57 to Thomas C. Rollins, Jr. as an administrative expense. The Trustee may adjust the wage order as necessary. The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533