SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: April 21, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    LAYTONYA DENISE SKIPPER,               CASE NO. 24-02455-JAW

    DEBTOR.                                                              CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Proof of Claim #5 filed by the Internal Revenue Service filed by the Debtor (the "Objection") (Dkt. #20) and the Response filed by the Internal Revenue Service (the "Response") (Dkt. #27). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 28, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Objection and Response hereby is continued and reset for May 19, 2025, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693