United States Bankruptcy Court
Southern District of Mississippi

In re:                                                Case No. 24-02455-JAW
LayTonya Denise Skipper                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3             User: mssbad             Page 1 of 3
Date Rcvd: Jun 24, 2025          Form ID: n031          Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LayTonya Denise Skipper, 3105 Parsons Rd., Raymond, MS 39154-9213 |
| 5432609 | + | Babers, 2532 Hwy 80, Pearl, MS 39208-3327 |
| 5432622 | + | Network Services, Inc, Attn: Bankruptcy, Po Box 1725, Hattiesburg, MS 39403-1725 |
| 5432625 | | Rent A Center, 2860 B Hwy 80 E, Pearl, MS 39208 |
| 5432627 | + | Robert Burkett, PO Box 424, Mendenhall, MS 39114-0424 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebn@21stmortgage.com | Jun 24 2025 19:29:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2025 19:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5432608 | | Email/Text: ebn@21stmortgage.com | Jun 24 2025 19:29:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5453859 | + | Email/Text: BNCnotices@dcmservices.com | Jun 24 2025 19:29:00 | Baptist Memorial Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 5432610 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2025 19:35:28 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5432611 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2025 19:35:35 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5451402 | + | Email/Text: bankruptcy@fsnb.com | Jun 24 2025 19:29:00 | FSNB, Attn: Bankruptcy, Po Box 33009, Fort Sill, OK 73503-0009 |
| 5432613 | + | Email/Text: bankruptcy@fsnb.com | Jun 24 2025 19:29:00 | FSNB, N.A., 511 SW A Ave, Lawton OK 73501-3927 |
| 5432612 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 24 2025 19:29:00 | Fingerhut Fetti, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5432614 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jun 24 2025 19:29:00 | Hunter Warfield, 4620 Woodland Corp Blv, Tampa, FL 33614-2415 |
| 5432615 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 24 2025 19:29:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5432617 | + | Email/Text: ebone.woods@usdoj.gov | Jun 24 2025 19:29:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5456426 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2025 19:35:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5432619 | | Email/Text: EBN@Mohela.com | Jun 24 2025 19:29:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5437671 | | Email/Text: EBN@Mohela.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 24 2025 19:29:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5432621 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 24 2025 19:29:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5432620 | + | Email/Text: bankruptcy@moneylion.com | Jun 24 2025 19:29:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5432623 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2025 19:35:40 | QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 5445678 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2025 19:29:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5432626 | | Email/Text: bankruptcy@republicfinance.com | Jun 24 2025 19:29:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5441894 | | Email/Text: bankruptcy@republicfinance.com | Jun 24 2025 19:29:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5432624 | | Email/Text: newbk@Regions.com | Jun 24 2025 19:29:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5432628 | + | Email/Text: Tracey@sra-inc.net | Jun 24 2025 19:29:00 | Smith Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5432629 | | ^ MEBN | Jun 24 2025 19:27:36 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5454032 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 24 2025 19:35:28 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5432630 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 24 2025 19:35:41 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 5432618 | + | Email/Text: customerservice@launchservicing.com | Jun 24 2025 19:29:40 | ed2go_ELS, c/o Launch Servicing, LLC, Po Box 91910, Sioux Falls, SD 57109-1910 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5432616 | * | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2025          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jun 24, 2025 | Form ID: n031 | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| Andrew Roberts Norwood | on behalf of Creditor Internal Revenue Service drew.norwood@usdoj.gov karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor LayTonya Denise Skipper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 24−02455−JAW
**Chapter:** 13

**In re:**

LayTonya Denise Skipper
fka LayTonya Denise Burkett
3105 Parsons Rd.
Raymond, MS 39154

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on June 24, 2025 (Dkt. # 55 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 24, 2025                                Danny L. Miller, Clerk of Court