___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   LayTonya Denise Skipper, Debtor           Case No. 24-02455-JAW
                                                              CHAPTER 13

### AGREED ORDER ON OBJECTION TO PROOF OF CLAIM #5 FILED BY INTERNAL REVENUE SERVICE

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim #5 as filed by Internal Revenue Service (DK #20), the Response filed by the Internal Revenue Service (Dk #27) the Court having reviewed and considered the facts herein, that the Internal Revenue has filed an amended claim, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim #5 as filed by Internal Revenue Service is hereby withdrawn.

###END OF ORDER###

Submitted by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

Agreed by:
/s/ Andrew R. Norwood
Andrew R. Norwood (MSBN 105087)
Assistant U.S. Attorney
Southern District of Mississppi
501 E. Court Street, Suite 4.430
Jackson, MS 39201
601-965-4480
drew.norwood@usdoj.gov