United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-02455-JAW
LayTonya Denise Skipper Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Sep 08, 2025      Form ID: ntcdsm      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LayTonya Denise Skipper, 3105 Parsons Rd., Raymond, MS 39154-9213 |
| 5432609 | + | Babers, 2532 Hwy 80, Pearl, MS 39208-3327 |
| 5432622 | + | Network Services, Inc, Attn: Bankruptcy, Po Box 1725, Hattiesburg, MS 39403-1725 |
| 5432625 | | Rent A Center, 2860 B Hwy 80 E, Pearl, MS 39208 |
| 5432627 | + | Robert Burkett, PO Box 424, Mendenhall, MS 39114-0424 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebn@21stmortgage.com | Sep 08 2025 19:25:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | | EDI: IRS.COM | Sep 08 2025 23:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5432608 | | Email/Text: ebn@21stmortgage.com | Sep 08 2025 19:25:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5453859 | + | Email/Text: BNCnotices@dcmservices.com | Sep 08 2025 19:25:00 | Baptist Memorial Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 5432610 | | EDI: CAPITALONE.COM | Sep 08 2025 23:23:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5432611 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2025 19:33:26 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5451402 | + | Email/Text: bankruptcy@fsnb.com | Sep 08 2025 19:25:00 | FSNB, Attn: Bankruptcy, Po Box 33009, Fort Sill, OK 73503-0009 |
| 5432613 | + | Email/Text: bankruptcy@fsnb.com | Sep 08 2025 19:25:00 | FSNB, N.A., 511 SW A Ave, Lawton OK 73501-3927 |
| 5432612 | + | EDI: BLUESTEM | Sep 08 2025 23:23:00 | Fingerhut Fetti, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5432614 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Sep 08 2025 19:25:00 | Hunter Warfield, 4620 Woodland Corp Blv, Tampa, FL 33614-2415 |
| 5432615 | + | EDI: LCIICSYSTEM | Sep 08 2025 23:23:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5432617 | + | Email/Text: ebone.woods@usdoj.gov | Sep 08 2025 19:25:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5456426 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2025 19:33:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5432619 | | Email/Text: EBN@Mohela.com | Sep 08 2025 19:25:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5437671 | | Email/Text: EBN@Mohela.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2025 | Form ID: ntcdsm | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 08 2025 19:25:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5432621 | | EDI: MSDOR | Sep 08 2025 23:23:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5432620 | + | Email/Text: bankruptcy@moneylion.com | Sep 08 2025 19:25:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5432623 | + | EDI: SYNC | Sep 08 2025 23:23:00 | QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 5445678 | | EDI: Q3G.COM | Sep 08 2025 23:23:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5432626 | | Email/Text: bankruptcy@republicfinance.com | Sep 08 2025 19:25:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5441894 | | Email/Text: bankruptcy@republicfinance.com | Sep 08 2025 19:25:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5432624 | | Email/Text: newbk@Regions.com | Sep 08 2025 19:25:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5432628 | + | Email/Text: Tracey@sra-inc.net | Sep 08 2025 19:25:00 | Smith Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5432629 | ^ | MEBN | Sep 08 2025 19:21:53 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5454032 | + | EDI: AIS.COM | Sep 08 2025 23:23:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5432630 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 08 2025 19:33:46 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 5432618 | + | Email/Text: customerservice@launchservicing.com | Sep 08 2025 19:25:44 | ed2go_ELS, c/o Launch Servicing, LLC, Po Box 91910, Sioux Falls, SD 57109-1910 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5432616 | * | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2025              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 08, 2025 | Form ID: ntcdsm | Total Noticed: 32 |

**below:**

| Name | Email Address |
|---|---|
| Andrew Roberts Norwood | on behalf of Creditor Internal Revenue Service drew.norwood@usdoj.gov karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor LayTonya Denise Skipper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−02455−JAW
Chapter: 13

In re:
   LayTonya Denise Skipper
   fka LayTonya Denise Burkett
   3105 Parsons Rd.
   Raymond, MS 39154

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−0976

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 8, 2025.

Dated: 9/8/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600