

# INVOICE

Invoice # 8279
Date: 09/09/2025
Due On: 10/09/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

LayTonya Denise Skipper

## 05589-Skipper LayTonya Denise

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 03/20/2025 | Draft Fee Application and Proposed Order: Drafted 2nd invoice; drafted the 2nd part of the 2nd Application for Compensation and Lodestar using totals from the 2nd invoice; drafted Proposed Order, Notice and Affidavit; drafted email memo to TR re:review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | KR | 03/20/2025 | Drafted email memo to SA with the affidavit to sign and notarize for the 2nd Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/20/2025 | Received email memo from SA with the notarized and signed affidavit; merged with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/21/2025 | Prepared the Application for Compensation, the Notice, Exhibits A, B and C for upload to certificate of service | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/24/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, the Notice with the Declaration attached, the Exhibits A, B, C, the Proposed Order and the Cost of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/09/2025 | Review: 24-02455-JAW Notice of Mortgage Payment Change | 0.10 | $360.00 | $36.00 |

Invoice # 8279 - 09/09/2025

|  |  |  | Document# 35 |  |  |  |
|---|---|---|---|---|---|---|
| Service | JC | 04/16/2025 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; created listing of payments made and shortages to determine what makes up delinquent amount; called debtor, no voicemail, drafted text message providing details of delinquency and requesting a call regarding same. | 0.50 | $155.00 | $77.50 |
| Service | JAC | 04/16/2025 | Review: 24-02455-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | CO | 04/17/2025 | Incoming Call: Phone conference with debtor; Drafted memo to JC. | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/17/2025 | Call Debtor: Reviewed memo from CO - debtor called; called debtor; she said that he employer is taking all they can from her check; she said that she cannot pay extra right now; discussed that she has a Court date on 4/28 regarding her taxes and if that goes her way, she would like to file Motion to Allow Payment Arrearage; reviewed IRS POC - it shows a large amount in estimated taxes due; will contact debtor after hearing if I have not heard from her. | 0.20 | $155.00 | $31.00 |
| Service | TR | 04/18/2025 | Review: 24-02455-JAW Order on Application for Compensation Document# 37 | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/18/2025 | Reviewed memo from TR regarding MTD; drafted response inquiring if the payments would possibly be lowered if debtor wins her IRS hearing and IRS amends its POC | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/18/2025 | Contact Debtor (Text/Email): Reviewed memo from TR informing the trustee never increased debtor's plan payment, and winning her IRS hearing only stops the plan payment from increasing; drafted text message to debtor informing we will not be able to file Motion to Allow Payment arrearage as that will increase her payments, that the IRS hearing will not affect her payments, and we will | 0.10 | $155.00 | $15.50 |

Invoice # 8279 - 09/09/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | not be filing a Response to the MTD which will result in dismissal. | | | |
| Service | JC | 04/21/2025 | Contact Debtor (Text/Email): Drafted follow-up text message to debtor regarding Motion to Dismiss and Motion to Allow Payment Arrearage. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/21/2025 | Reviewed text message from debtor informing she received the message regarding MTD. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/22/2025 | Review: 24-02455-JAW Order Setting, Resetting, or Continuing a Hearing Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/28/2025 | Contact Debtor (Text/Email): Reviewed letter from MS Blood Services submitted via e-mail by trustee's office informing debtor no longer works there; drafted reply to trustee's office informing I will check into it; drafted text message to debtor requesting employer's name and payroll department address. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/28/2025 | Drafted e-mail to MS Dept of Revenue to inquire if it will be filing a claim in debtor's BK. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/29/2025 | Call Debtor: Called debtor regarding new employer; she is currently unemployed; inquired about what date the delinquency needs to be paid; reviewed Motion to Dismiss; informed her that May 7th is the date the trustee must receive the full amount; drafted text message reiterating that the amount must be in the trustee's hand by that date. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/29/2025 | Reviewed e-mail from MSDOR informing it does not have a claim against debtor. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/06/2025 | Call Debtor: Reviewed NDC, no payment received; called debtor; she said she has a new job that she is supposed to start on Thursday or Friday, that she is going through orientation; she provided employer's name and said she will get the address; discussed it is important to get a wage order in place; discussed delinquency; she said she will be able to pay $300 a month in addition to her plan payment; drafted text message | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor providing address for paying trustee; discussed trustee possibly curing payments and that it would be the delinquency amount spread among her remaining payments causing her payments to increase at least $300 per month and possibly more; she said she has no choice but to pay it; informed her I would let TR know her intentions. | | | |
| Service | JC | 05/06/2025 | Drafted Response to trustee's Motion to Dismiss; drafted memo to TR explaining reason for debtor's delinquency and his plan to bring it current; attached Response for his review and approval. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/07/2025 | Drafted e-mail to JAC attaching Response for her approval. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/07/2025 | review & approve drafted response | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/07/2025 | Reviewed memo from JAC approving Response to trustee's Motion to Dismiss; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/07/2025 | Contact Debtor (Text/Email): Drafted text message to debtor informing we need employer information immediately. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/08/2025 | Call Debtor: Called debtor, no voicemail, drafted text message - Please let me know the status of your new job. Additionally, I need the name and HR address for your employer. The trustee will not agree to hold your case if we do not have the information. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/09/2025 | Contact Debtor (Text/Email): Reviewed job notice from Crescent City Surgical submitted via text message by debtor; drafted reply inquiring how often she is paid. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/09/2025 | Reviewed text message from debtor informing she is being paid bi-weekly; drafted e-mail to TT Barkley's office providing new employer information. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/12/2025 | Review file and draft email to Drew Norwood re: status of IRS Identity Theft investigation | 0.20 | $360.00 | $72.00 |

Invoice # 8279 - 09/09/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 05/13/2025 | Reviewed docket to determine if wage order had been issued; reviewed NDC for recent payments received; drafted e-mail to TT's staff attorneys with a suggested AO on TT's MTD or hearing reset. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/13/2025 | Review and sign proposed Order by email | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/14/2025 | Reviewed email from staff attorney informing since we have the new employer information, he will go ahead and send an agreed order denying the MTD and amending the wage order. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/15/2025 | Review: 24-02455-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/16/2025 | Reviewed docket to confirm AO filed. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/16/2025 | Review: 24-02455-JAW Order Setting, Resetting, or Continuing a Hearing Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/30/2025 | Incoming Call: Telephone conference with Drew Norwood requesting to speak with TR; TR busy; drafted email memo to TR | 0.10 | $155.00 | $15.50 |
| Service | CO | 05/30/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting she call us to schedule a phone call with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | CO | 06/04/2025 | Contact Debtor (Text/Email): Attempted to call debtor to schedule a conference call; the number connected to an answering service. Drafted text to emergency contacts requesting she call our office. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/04/2025 | Telephone conference with CO re: contacting debtor; telephone conference with debtor about scheduling time to talk to attorney about the upcoming hearing | 0.20 | $0.00 | $0.00 |
| Service | JC | 06/09/2025 | Reviewed e-mail from Sara Beth with TT's office requesting I resend debtor's new employer information; drafted reply providing same | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/09/2025 | Prepare for hearing on Objection to POC | 1.20 | $360.00 | $432.00 |

Invoice # 8279 - 09/09/2025

| Service | TR | 06/09/2025 | Attend Reset Hearing | 0.80 | $360.00 | $288.00 |
|---|---|---|---|---|---|---|
| Service | CO | 06/09/2025 | Contact Debtor (Text/Email): Text debtor requesting she call our office to schedule a call with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/09/2025 | Reviewed e-mail from Sara Beth with TT's office informing she will get the wage order issued today. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/10/2025 | Review: 24-02455-JAW Release of Wages Document# 48 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/10/2025 | Review: 24-02455-JAW Order Upon Employer Directing Deductions from Pay Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/10/2025 | Review: 24-02455-JAW Order Setting, Resetting, or Continuing a Hearing Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/10/2025 | Call w/ client to discuss hearing/941 forms | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/10/2025 | Prepare 941 forms | 1.10 | $360.00 | $396.00 |
| Service | TR | 06/10/2025 | Meeting w/ client to go over 941 forms | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/11/2025 | Incoming Call: Telephone call from Anthony Evans with the IRS; debtor submitted her 2021, 2022, 2023, and 2024 tax returns for LayLay Operations. He said the 2022 and 2024 returns are fine but the 2021 and 2023 need to be resubmitted - not amended but resubmitted using Form 941. He said this is due to the identity theft issue. She also needs to submit a 14039 Affidavit; he provided his direct number and fax number. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/11/2025 | Call Debtor: Telephone conference with debtor to discuss call from IRS. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/11/2025 | Drafted e-mail memo to TR explaining call from IRS. | 0.10 | $155.00 | $15.50 |
| Service | CO | 06/11/2025 | Contact Debtor (Text/Email): Review: 24-02455-JAW Order Upon Employer Directing Deductions from Pay; emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | CO | 06/18/2025 | Contact Debtor (Text/Email): Attempted to call debtor and could not leave a voicemail; drafted text to debtor and their non filing spouse requesting the debtor contact our office immediately. | 0.10 | $100.00 | $10.00 |

Invoice # 8279 - 09/09/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/18/2025 | Incoming Call: Telephone conference with debtor scheduling a phone consult with the attorney | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/23/2025 | Attend Hearing | 0.40 | $360.00 | $144.00 |
| Service | JAC | 06/23/2025 | Review: 24-02455-JAW Order Setting, Resetting, or Continuing a Hearing Document# 53 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/25/2025 | Call Debtor: Called debtor could not leave a message; drafted text inquiring about scheduling in office meeting with TC | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/25/2025 | Review: 24-02455-JAW Order Confirming Chapter 13 Plan Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | CO | 07/01/2025 | Contact Debtor (Text/Email): Called debtor and their phone was off with no voicemail set up; Drafted text to debtor requesting she contact our office and schedule a meeting with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/02/2025 | Contact Debtor (Text/Email): Drafted text to emergency contact requesting the debtor return our calls. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/15/2025 | Review: 24-02455-JAW Order Setting, Resetting, or Continuing a Hearing Document# 60 | 0.10 | $360.00 | $36.00 |
| Service | SA | 07/17/2025 | In-Office Conference: Client came in to sign 941 forms; emailed signed forms to TR | 0.20 | $100.00 | $20.00 |
| Service | KR | 07/29/2025 | Drafted Agreed Order per the Objection to Proof of Claim filed by the IRS; drafted internal message to TR re: review Proof of Claim | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/31/2025 | Review and approve proposed AO for Objection to Claim drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/31/2025 | Review email from Attorney: Reviewed email memo from TR re: Agreed Order on the Objection to Claim filed by the IRS; drafted email to the US Attorney for approval | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/01/2025 | Reviewed email from the US Trustee; prepared the Agreed Order per the Objection to Claim#5 for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/05/2025 | Review: 24-02455-JAW Order | 0.10 | $360.00 | $36.00 |

Invoice # 8279 - 09/09/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Regarding Objection to Claim Document# 62 |  |  |  |
| Service | BM | 08/14/2025 | Drafted Motion to Dismiss letter | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/15/2025 | Review: 24-02455-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/15/2025 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; no payment since May; reviewed case notes; reviewed AO on MTD filed in May; called debtor, no voicemail, drafted text message requesting a call regarding same. | 0.30 | $155.00 | $46.50 |
| Service | JC | 08/20/2025 | Call Debtor: Called debtor, no vm; drafted e-mail to debtor informing of MTD and requesting a call. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/22/2025 | Call Debtor: Called debtor, no voicemail; drafted follow-up text message to debtor requesting a call so we can avoid dismissal. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/26/2025 | Call Debtor: Called debtor, no vm; drafted follow-up text message to debtor requesting a call; drafted letter to debtor requesting she contact us immediately; drafted e-mail to VM and SA attaching letter to obtain TR's signature and mail. | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/28/2025 | Called debtor, no vm; drafted follow-up text message to debtor requesting a call | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/02/2025 | Call Debtor: Called debtor, no vm; drafted follow-up text message to debtor requesting a call by Sept. 3; drafted text message to NFS requesting he have debtor call me. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/04/2025 | Reviewed text messages and e-mails - no response from debtor; drafted task memo to TR informing same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/08/2025 | Review: 24-02455-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 65 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/09/2025 | Review: 24-02455-JAW Release of | 0.10 | $360.00 | $36.00 |

Invoice # 8279 - 09/09/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Wages Document# 66 | | | |
| Service | JC | 09/09/2025 | Reviewed Orders Granting 1st and 2nd Applications for Compensation and 1st and 2nd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $155.00 | $77.50 |
| | | | | **Services Subtotal** | | **$3,154.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/24/2025 | Difference of Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $20.50 | $20.50 |
| Expense | 08/26/2025 | Postage: Mailed contact letter to debtor. | 1.00 | $0.74 | $0.74 |
| | | | **Expenses Subtotal** | | **$21.24** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.6 | $360.00 | $576.00 |
| Thomas Rollins | Attorney | 4.2 | $360.00 | $1,512.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Shaton Andrews | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 4.9 | $155.00 | $759.50 |
| Jacki Curry | Non-Attorney | 0.3 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Clara Ortega | Non-Attorney | 0.7 | $100.00 | $70.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 1.3 | $155.00 | $201.50 |
| Kerri Rodabough | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | | | **Subtotal** | **$3,175.74** |
| | | | **Total** | **$3,175.74** |

Invoice # 8279 - 09/09/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7191 | 12/11/2024 | $2,445.60 | $0.00 | $2,445.60 |
| 7738 | 04/19/2025 | $2,081.57 | $0.00 | $2,081.57 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8279 | 10/09/2025 | $3,175.74 | $0.00 | $3,175.74 |

| | |
|---|---|
| Outstanding Balance | $7,702.91 |
| Total Amount Outstanding | $7,702.91 |