**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **LayTonya Denise Skipper**                    **Case No. 24-02455-JAW**
         **, Debtor**                                   **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,346.00 | $33.60 | $2,379.60 | 18 | 12/09/2024 |
| $1,986.00 | $95.57 | $2,081.57 | 37 | 04/18/2025 |
| $3,154.50 | $21.24 | $3,175.74 | n/a | n/a |
| $7,486.50 | $150.41 | $7,636.91 | | |



# INVOICE

Invoice # 7191
Date: 11/11/2024
Due On: 12/11/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

LayTonya Denise Skipper

## 05589-Skipper LayTonya Denise

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | VM | 09/16/2024 | In-Office Conference: Debtor came to our Jackson office to drop off paperwork and get help filling out the packet | 0.50 | $100.00 | $50.00 |
| Service | BM | 09/17/2024 | Reviewed drivers license and social security card to collect information to pull credit report. | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/17/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/ exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/17/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, replevin notice, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $155.00 | $46.50 |
| Service | BM | 09/17/2024 | Contact Debtor (Text/Email): Drafted email to debtor with list of documents and information requested by the attorney. | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/17/2024 | Incoming Call: Call from debtor with questions about requested documents and information to complete paperwork. Addressed all questions. | 0.20 | $155.00 | $31.00 |
| Service | BM | 09/18/2024 | Review and organize documents provided by debtor: Pay stubs for debtor and spouse, bank statements, and missing pages of information packet. | 0.30 | $155.00 | $46.50 |

Invoice # 7191 - 11/11/2024

| Service | BM | 09/18/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting her spouses 8/2/24 pay stub and business questionnaire. | 0.10 | $155.00 | $15.50 |
|---------|-----|------------|---|------|---------|--------|
| Service | BM | 09/19/2024 | Review and organize documents provided by debtor: Business Questionnaire | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/19/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, and Form 122 | 0.60 | $155.00 | $93.00 |
| Service | BM | 09/19/2024 | Checked Pacer to search for previous bankruptcy cases. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 09/20/2024 | Incoming Call: Telephone conference with debtor to confirm that we received all the documents she submitted - confirmed with debtor that we had received her docs and that input was started on her case; debtor inquired on timeline for her case being filed - informed debtor of timeline and explained that someone would reach out to her to schedule her signing with the attorney | 0.20 | $100.00 | $20.00 |
| Service | SA | 09/20/2024 | Reviewed debtors credit report in search of student loans. Found student loans and drafted an email to the debtor with instructions on how to get us the documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/23/2024 | Input Case - research Lexis Public Records, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.80 | $360.00 | $288.00 |
| Service | SA | 09/23/2024 | Review email from debtor: Debtor replied to email and confirmed all debts are listed. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/24/2024 | review NSLDS - (student loan file) | 0.20 | $360.00 | $72.00 |
| Service | BM | 09/24/2024 | Reviewed email from legal assistant regarding debtor being behind on her payments with Rent A Center. Directed legal assistant to contact debtor about it and that debtor needs to catch up the lease payments. | 0.10 | $155.00 | $15.50 |
| Service | SA | 09/24/2024 | called debtor to advise of the information needed. Drafted an email to her with this list along with the GIP page 17 attached for her to return to me. | 0.10 | $100.00 | $10.00 |
| Service | SA | 09/27/2024 | Review email from debtor: received documents for all requested info. organized | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and uploaded to client docs. | | | |
| Service | JAC | 10/01/2024 | Prepare MT, calculate plan payment, prepare I/J | 0.20 | $360.00 | $72.00 |
| Service | SA | 10/01/2024 | Contact Debtor (Text/Email): Reviewed memo from Jen advising to ensure we have September bank statements and pay stubs. Drafted email to debtor requesting these. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 10/01/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | JC | 10/03/2024 | Call Debtor: Called debtor per her request; she wanted to know if business taxes were included in plan; informed her that it is only her personal taxes; she wants to proceed with filing ch 13. | 0.10 | $155.00 | $15.50 |
| Service | SA | 10/03/2024 | Review and organize documents provided by debtor: Received Cadence bank statement for Sept and pay stubs for LayTonya for Sept and the first stub for October. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/03/2024 | Review clio memo re: ready to move forward with filing case | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/04/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | VM | 10/07/2024 | Incoming Call: Incoming call from creditor, 21st Mortgage, regarding debtors case number. Informed credit debtor will be filing today and should have case number by tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | CO | 10/07/2024 | Incoming Call: Phone conference with creditor about debtor's case number. Informed they have retained us but not yet filed. Advised to call back later this month. | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/07/2024 | Conference w/ client to review petition, schedules, statements and plan - while reviewing the plan, client decided to post=pone the filing in order to try and file amended returns to reduce the tax debt before filing bankruptcy | 0.50 | $360.00 | $180.00 |
| Service | SA | 10/07/2024 | Administrative - non-billable work: Emailed signing docs to Jen. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/10/2024 | Incoming Call: Call from debtor stating she wants to proceed with filing the bankruptcy case, sent email to attorney. | 0.10 | $155.00 | $15.50 |
| Service | BB | 10/15/2024 | Reviewed voicemail from debtor requesting a call back. Forwarded voicemail to sa. | 0.10 | $100.00 | $10.00 |

| Service | SA | 10/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor to follow up on amended taxes. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | SA | 10/16/2024 | Review email from debtor: Client replied to my email stating that she did not amend her taxes. I asked her if I should advise the attorney that she is not amending them and she replied yes. Updated task with this information. | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/18/2024 | Conference w/ client to review and revise petition, schedules, statements and plan - discussed debtors obligations in bankruptcy and potential student loan AP, client declined to pursue AP | 0.50 | $360.00 | $180.00 |
| Service | JAC | 10/18/2024 | make updates to schedules, prepare & send final bankruptcy to debtor to review & sign | 0.30 | $360.00 | $108.00 |
| Service | SA | 10/18/2024 | Administrative - non-billable work: Scanned and emailed signing docs to JAC | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/21/2024 | Update Contact | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/21/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $360.00 | $144.00 |
| Service | CO | 10/21/2024 | Contact Debtor (Text/Email): Drafted email memo with case number and information on their chapter 13 bankruptcy. | 0.10 | $100.00 | $10.00 |
| Service | VM | 10/21/2024 | Incoming Call: Debtor called in regards to her yellow page that was sent in an email by CO, assisted her with questions | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/21/2024 | Review: 24-02455-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 10/22/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.40 | $360.00 | $144.00 |
| Service | JC | 10/23/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com adding names and addresses for 4 additional notice parties. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/24/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/24/2024 | Contact Debtor (Text/Email): Reviewed | 0.10 | $155.00 | $15.50 |

| | | | memo from BM informing debtor is inquiring about wage order amount; drafted text message to debtor explaining that the wage order shows a monthly amount and her plan payments are a bi-weekly amount; explained that she is paying the same amount due to some months having 5 weeks. | | | |
|---|---|---|---|---|---|---|
| Service | CO | 10/25/2024 | Contact Debtor (Text/Email): Drafted email memo to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a practice zoom meeting. | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/25/2024 | Review: 24-02455-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/29/2024 | Review and organize documents provided by debtor: Reviewed court docket for schedules to verify sources of income and financial accounts; reviewed and organized statements for 3 bank accounts, pay advices, taxes and identification for the Meeting of Creditors; updated task for CO to upload to the Trustee's website | 0.30 | $155.00 | $46.50 |
| Service | JC | 10/30/2024 | Reviewed e-mail memo from CO regarding having an issue uploading trustee docs to the portal; drafted reply informing she selected Locke Barkly instead of Harold Barkley. | 0.10 | $155.00 | $15.50 |
| Service | CO | 10/30/2024 | uploaded pay, bank statements, ID and tax information to trustee's website. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/31/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/01/2024 | Review: Proof of Claim 24-02455-JAW U.S. Department of Education/MOHELA Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/11/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| **Non-billable services** | | | | | | |
| Service | VM | 09/16/2024 | Review and organize documents provided by debtor: Reviewed documents left by debtor, updated and uploaded documents. Sent harvesting document task to BM | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | VM | 09/18/2024 | Incoming Call: Incoming call from creditor; 21st mortgage. Creditor wanted to know if debtor had filled with us, informed creditor debtor has hired us and that we are in the | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |

Invoice # 7191 - 11/11/2024

| | | | | | | |
|---------|-----|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|--------|
| | | | process of gathering documents so that she could receive a case number | | | |
| Service | BM | 09/18/2024 | Review and organize documents provided by debtor: Spouse's 8/2/24 pay stub | 0.10 | $155.00 | $15.50 |
| Service | SA | 09/20/2024 | Contact Debtor (Text/Email): Drafted email with matrix attached and sent to debtor. | 0.10 | $100.00 | $10.00 |
| Service | SA | 09/20/2024 | Updated matter with emergency contacts. | 0.10 | $100.00 | $10.00 |
| Service | SA | 09/23/2024 | Review email from debtor: Received student loan data via email; uploaded file to matter. | 0.10 | $100.00 | $10.00 |
| Service | SA | 09/24/2024 | Incoming Call: Call from Rent a Center in reference to this client and the merchandise she has from there. drafted email to jc for assistance. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/27/2024 | Incoming Call: Telephone conference with Stephanie Rodgrigues with 21st Mortgage to confirm if we were working with the debtor and if she had a case number for her BK yet - informed Stephanie that we were working with the debtor but that she has not received a case number just yet; Stephanie asked when she could check back in with us for an update - informed her that she could check back with us next week. Drafted memo to SA | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/30/2024 | Review clio memo re: missing info rec'd: Input Case | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/02/2024 | Contact Debtor (Text/Email): Drafted text message to debtor regarding reviewing the options e-mail sent to her yesterday. | 0.10 | $155.00 | $15.50 |
| Service | SA | 10/02/2024 | Incoming Call: Debtor called with questions about the Ch 13 plan that was sent to her via email. drafted memo to jc to follow up with her | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/03/2024 | Contact Debtor (Text/Email): Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/04/2024 | Call Debtor: Phone conference with debtor scheduling a signing appointment with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/04/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |
| Service | BM | 10/15/2024 | Call Debtor: Called debtor to reschedule | 0.10 | $155.00 | $15.50 |

| | | | signing with attorney-unable to leave a voicemail | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 10/15/2024 | Incoming Call: Debtor called requesting to speak with BM; transferred call to BM | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/15/2024 | Scheduled signing with attorney. | 0.10 | $155.00 | $15.50 |
| Service | CO | 10/17/2024 | Incoming Call: Phone conference with debtor about their signing. Transferred to BB to reschedule. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/17/2024 | Incoming Call: Phone conference with debtor rescheduling their signing appointment due to debtor not answering for the first. | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/21/2024 | Review: 24-02455-JAW Creditor Disk/ Matrix Uploaded (ADI) Document# | 0.10 | $360.00 | $36.00 |
| Service | CO | 10/21/2024 | Contact Debtor (Text/Email): Sent debtor a text memo with the case number. | 0.10 | $100.00 | $10.00 |
| Service | SA | 10/21/2024 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/22/2024 | Review Plan to determine if paid direct or wage order. assign wage order task to CO to follow up & make sure it's paying | 0.10 | $360.00 | $36.00 |
| Service | BM | 10/22/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/22/2024 | Incoming Call: Call from debtor inquiring why her wage order is higher than the amount that was listed on her Ch 13 plan. Told debtor we would investigate and get back with her. Sent memo to case admin | 0.10 | $155.00 | $15.50 |
| Service | CO | 11/05/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: called debtor to schedule an in office appointment | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/05/2024 | Administrative - non-billable work: Added an In-Office Meeting of Creditors Appointment for debtor to the firm calendar. | 0.10 | $100.00 | $10.00 |

**Services Subtotal**                    **$2,412.00**

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|

| Expense | 10/23/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $33.60 | $33.60 |
|---|---|---|---|---|---|
| | | | | **Expenses Subtotal** | **$33.60** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 2.9 | $360.00 | $1,044.00 |
| | Thomas Rollins | Attorney | 1.7 | $360.00 | $612.00 |
| | Shaton Andrews | Non-Attorney | 1.2 | $100.00 | $120.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Jacki Curry | Non-Attorney | 0.7 | $155.00 | $108.50 |
| | Vanessa Martinez | Non-Attorney | 0.7 | $100.00 | $70.00 |
| | Breanne McDaniel | Non-Attorney | 2.2 | $155.00 | $341.00 |
| | Clara Ortega | Non-Attorney | 0.4 | $100.00 | $40.00 |
| | Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| | Kerri Rodabough | Non-Attorney | 0.3 | $155.00 | $46.50 |
| | | | | **Subtotal** | **$2,445.60** |
| | | | | **Total** | **$2,445.60** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7191 | 12/11/2024 | $2,445.60 | $0.00 | $2,445.60 |
| | | | **Outstanding Balance** | **$2,445.60** |
| | | | **Total Amount Outstanding** | **$2,445.60** |



# INVOICE

Invoice # 7738
Date: 03/20/2025
Due On: 04/19/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

LayTonya Denise Skipper

## 05589-Skipper LayTonya Denise

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JC | 11/12/2024 | Reviewed attached Application for Compensation, Proposed Order, Invoice, and Affidavit submitted via e-mail memo by TR; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JC | 11/13/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, Invoice, and Affidavit for filing with the Court. | 0.20 | $0.00 | $0.00 |
| Service | CO | 11/13/2024 | Contact Debtor (Text/Email): Text debtor to inquire about their wage order deductions. | 0.10 | $100.00 | $10.00 |
| Service | SA | 11/13/2024 | Incoming Call: Client called for CO; she was not available. I advised she was calling to confirm her wage order has begun. She advised that she is direct pay and inquired about the difference in amounts on the letter she has from the trustee's office. I advised her the monthly amount is the total amount she will pay in a year divided by 12 and that it is reached by figuring in the third pay she will receive a couple months out of the year. I advised her to be sure the | 0.20 | $100.00 | $20.00 |

| | | | biweekly amount is met and she would be fine with her payments. | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/18/2024 | Review: Proof of Claim 24-02455-JAW Republic Finance, LLC Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/19/2024 | Review: Proof of Claim 24-02455-JAW 21st Mortgage Corp Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/19/2024 | Ch 13 Meeting of Creditors Harold J. Barkley Jr. | 0.70 | $360.00 | $252.00 |
| Service | VM | 11/19/2024 | In-Office Conference: Assisted debtor with 341: Meeting of Creditors. | 0.80 | $0.00 | $0.00 |
| Service | JAC | 11/20/2024 | review & respond to email from CO | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/21/2024 | Review: 24-02455-JAW Meeting of Creditors Held Document# | 0.10 | $0.00 | $0.00 |
| Service | JAC | 11/25/2024 | Proof of Claim 24-02455-JAW Quantum3 Group LLC as agent for Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/27/2024 | Reviewed memo from TR requesting I draft an Agreed Order reducing attorney's fees; reviewed Application for Compensation; drafted AO; drafted memo to TR attaching same for his review. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/02/2024 | Reviewed e-mail from TR regarding Agreed Order; revised same; drafted e-mail memo to TR attaching AO for his review. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/02/2024 | Drafted e-mail to US Trustee to obtain MS Bar number to add to AO. | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/03/2024 | Review docket for confirmation hearing, no issues remain | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/04/2024 | Reviewed e-mail from US Trustee providing his MS Bar No.; revised Agreed Order; drafted reply e-mail with AO attached for his review and signature. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 12/04/2024 | Review: Proof of Claim 24-02455-JAW Internal Revenue Servi Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | CO | 12/05/2024 | Contact Debtor (Text/Email): called debtor to set up an appointment for a conference with TR. Debtor did not answer and there was no voice mail | 0.10 | $100.00 | $10.00 |

Invoice # 7738 - 03/20/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | box set up; drafted text to debtor requesting she call us to set up an appointment with the attorney. | | | |
| Service | SA | 12/05/2024 | Incoming Call: Client called returning call from CO. Drafted memo to CO to advise; she was unable to take call and requested that I set up a phone conference appointment with TR for the client. Client advised she was available either after 5pm or at noon; scheduled appointment for Monday December 9th at noon. Drafted email to CO to advise. | 0.20 | $100.00 | $20.00 |
| Service | JC | 12/05/2024 | Reviewed e-mail from US Trustee approving his e-signature on AO; prepared same for upload to the Court. | 0.10 | $155.00 | $15.50 |
| Service | VM | 12/09/2024 | Incoming Call: Debtor called to speak with TR for meeting, transferred | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/09/2024 | Review: 24-02455-JAW Order on Application for Compensation Document# 18 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/11/2024 | Review: Proof of Claim 24-02455-JAW FSNB Document # 6 | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/13/2024 | Reviewed IRS POC; drafted Objection to same; drafted e-mail memo to TA attaching Objection for his review. | 0.30 | $155.00 | $46.50 |
| Service | JC | 12/17/2024 | Reviewed memo from TR regarding Notice, Objection, and proposed Order; revised same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/18/2024 | Reviewed Declaration of Mailing Notice, Objection to POC, and proposed Order; prepared all for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/18/2024 | Reviewed e-mail from BM informing Brian with IRS requested a call; called Brian, left voicemail with phone number and email. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 12/23/2024 | Incoming Call: Telephone conference with Brian from the IRS requesting to speak with JC regarding needing a Form 941 for the debtor's business tax return - informed Brian that I would contact JC with his information and let her know | 0.10 | $100.00 | $10.00 |

Invoice # 7738 - 03/20/2025

| Service | KAR | 12/23/2024 | Drafted email memo to JC providing information requested from Brian with the IRS as well as his call back contact number and his fax number | 0.10 | $100.00 | $10.00 |
|---------|-----|------------|------|------|---------|--------|
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-02455-JAW Verizon Document # 8 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-02455-JAW Baptist Memorial Hospital Document # 7 | 0.10 | $0.00 | $0.00 |
| Service | CO | 12/24/2024 | Reviewed NDC to see if debtor's wage order is being deducted. Debtor has sent in payments but wage order has not posted. Reviewed court notices for any changes and none found. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/26/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting form 941 from debtor's business tax return | 0.10 | $100.00 | $10.00 |
| Service | KAR | 12/31/2024 | Contact Debtor (Text/Email): Drafted email to debtor again requesting form 941 from debtor's business tax return | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/02/2025 | Review email from debtor: Reviewed email from debtor stating that she did not have a 941 tax form; drafted email to debtor requesting that she send all of her business tax return | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-02455-JAW Launch Servicing, Llc Document # 10 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-02455-JAW LVNV Funding, LLC Document # 9 | 0.10 | $0.00 | $0.00 |
| Service | CO | 01/03/2025 | Call Debtor: Phone conference with debtor to follow up on their wage order. Debtor stated they started orientation for a new job a week ago. Requested new employer name address and pay frequency. Drafted email memo to trustee case administrator and JC. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 01/08/2025 | Review email from debtor: Reviewed email from debtor stating that she does not have the 941 form that the | 0.10 | $100.00 | $10.00 |

| | | | IRS is requesting and that we have all of the forms she had for her business taxes due to her filing her personal and business taxes together; drafted email to JC informing her that the debtor does not have the requested form | | | |
|---|---|---|---|---|---|---|
| Service | JC | 01/08/2025 | Reviewed memo from KAR informing debtor does not have form 941, that she filed Sch C along with her personal tax return; drafted reply informing her to left the IRS case worker know the same and if he needs additional information, ask him why she would have filed a 941 as it is a quarterly form. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/09/2025 | Review: 24-02455-JAW Order Upon Employer Directing Deductions from Pay Document# 24 | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/09/2025 | Attempted to called Brian with the IRS but did not get an answer - left vm | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/10/2025 | Called Brian with IRS; left voicemail informing debtor only filed Schedule C, that she does not have Form 941, and that if he needs additional information, he can e-mail KAR. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 01/13/2025 | Incoming Call: Telephone conference with Brian with the IRS stating that the debtor has a history of filing the 941 form and that they did not have the debtors 2022 or 2023 tax returns; informed Brian that I would continue to check on the 941 form and would email the requested tax returns | 0.20 | $100.00 | $20.00 |
| Service | KAR | 01/13/2025 | Reviewed file again for 941 file - was unable to find this form; drafted email to Brian providing the debtor's tax returns for 2022 and 2023 | 0.30 | $100.00 | $30.00 |
| Service | KAR | 01/13/2025 | Incoming Call: Telephone conference with Brian with the IRS regarding the 941 form; Brian stated that the 941 form is a quarterly form that the debtor typically files for her business but that she has not consistently filed it over the last 2 years and that she needs to clarify whether she is required to file this form or not; Brian also asked that we withdraw our rejection to the POC for the IRS and asked to be notified by Wednesday 1/ | 0.20 | $100.00 | $20.00 |

| | | | 15/2025 on whether to rejection has been withdrawn | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 01/13/2025 | Contact Debtor (Text/Email): Drafted email to debtor informing her of the IRS stated that she has not filed the 941 form consistently over the last two years and is requesting clarification on whether she is required to file the quarterly 941 form or not; requested that the debtor send proof if she is not required to file that form | 0.20 | $100.00 | $20.00 |
| Service | TR | 01/14/2025 | Review: 24-02455-JAW Response Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/16/2025 | Review: 24-02455-JAW Hearing Set Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/24/2025 | Review email from debtor: Reviewed email from debtor stating that she has not filed the 941 form and that she has informed the IRS of this - debtor stated she is working with her CPA to resolve this matter; drafted email to Brian with the IRS informing him of this | 0.30 | $100.00 | $30.00 |
| Service | KAR | 01/28/2025 | Incoming Call: Telephone conference with Brian from the IRS - creditor stated he does not understand the debtor's confusion regaridng the 9411 forms; informed creditor that the debtor is reviewing this matter with her CPA to help get this issue squared awary; informed Brian that I would contact him once I had an update. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 01/28/2025 | Review email from debtor: Reviewed email from debtor stating that she is working with her CPA to resolve this matter; drafted email to debtor requesting that she keep me updated and to let me know if they come to a solution | 0.20 | $100.00 | $20.00 |
| Service | TR | 01/29/2025 | Review notes, email Drew Norwood with update and request for continuance | 0.30 | $360.00 | $108.00 |
| Service | VM | 01/29/2025 | Incoming Call: Debtor called to return missed call from TR, spoke to TR and he informed me of information regarding IRS CPA she needs to work on as soon as possible as she could | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | be faced with a very high claim. Also informed debtor TR has requested a continuance on hearing set for February 10, awaiting to see if it was granted or not. | | | |
| Service | KAR | 01/29/2025 | Review email from debtor: Reviewed email from debtor stating that she received a notice stating that she has court with the IRS on February 10th; drafted email to debtor requesting that she send me a copy of the notice that she received | 0.10 | $100.00 | $10.00 |
| Service | CO | 01/31/2025 | Contact Debtor (Text/Email): Drafted email to debtor with a copy of their updated wage order. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/06/2025 | Review: 24-02455-JAW Order Setting, Resetting, or Continuing a Hearing Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/11/2025 | Call w/ Drew Norwood re: handling tax | 0.20 | $360.00 | $72.00 |
| Service | TR | 02/11/2025 | Call w/ IRS bankruptcy administrator re: 940, 941 and W2s and how to resolve tax dispute | 0.30 | $360.00 | $108.00 |
| Service | TR | 02/11/2025 | Call w/ client to discuss payroll taxes claimed by IRS | 0.20 | $360.00 | $72.00 |
| Service | TR | 02/11/2025 | Review 941 returns provided by IRS | 0.30 | $360.00 | $108.00 |
| Service | TR | 02/12/2025 | Call w/ Brian at IRS further investigating 941 returns and possible motiviation and how to proceed with claiming identity theft | 0.30 | $360.00 | $108.00 |
| Service | KAR | 02/12/2025 | Incoming Call: Telephone call from debtor requesting to speak with TR attempting to return his call; drafted memo to TR to call debtor back | 0.20 | $0.00 | $0.00 |
| Service | TR | 02/21/2025 | Call w/ client to discuss status of identity theft form she sent the IRS | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/28/2025 | Review: 24-02455-JAW Order Setting, Resetting, or Continuing a Hearing Document# 32 | 0.10 | $360.00 | $36.00 |
| Service | VM | 03/03/2025 | Incoming Call: Debtor called to inquire about new court hearing and whether she has to attend or not, informed debtor I would email the attorney | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/05/2025 | Incoming Call: Phone conference with debtor returning a missed call; drafted | 0.10 | $0.00 | $0.00 |

Invoice # 7738 - 03/20/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | memo to VM. | | | |
| Service | VM | 03/05/2025 | Call Debtor: Phone conference with debtor to inform her she does have to attend reset court hearing, requested an excuse to show employer, drafted email to debtor with court notice. | 0.10 | $100.00 | $10.00 |
| Service | TR | 03/19/2025 | Review and revise itemizations | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/20/2025 | Reviewed court docket for previous order and invoice; reviewed the Trustee's website for the amount of the attorney's fee paid to date; prepared totals for estimate of cost of mailing; drafted 1st part of the 2nd Application from Compensation and the Lodestar using amounts from previous order and invoice. | 0.40 | $155.00 | $62.00 |

| | | | **Services Subtotal** | **$1,986.00** |
|---|---|---|---|---|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/12/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $38.50 | $38.50 |
| Expense | 12/17/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $5.57 | $5.57 |
| Expense | 03/20/2025 | Estimated Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $51.50 | $51.50 |

| | | | **Expenses Subtotal** | **$95.57** |
|---|---|---|---|---|

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.8 | $360.00 | $648.00 |
| Jennifer Curry Calvillo | | Attorney | 0.7 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 1.8 | $360.00 | $648.00 |
| Thomas Rollins | | Attorney | 0.6 | $0.00 | $0.00 |
| Shaton Andrews | | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | | Non-Attorney | 1.6 | $155.00 | $248.00 |
| Jacki Curry | | Non-Attorney | 0.5 | $0.00 | $0.00 |
| Vanessa Martinez | | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Vanessa Martinez | | Non-Attorney | 0.9 | $0.00 | $0.00 |

Invoice # 7738 - 03/20/2025

| Clara Ortega | Non-Attorney | 0.6 | $100.00 | $60.00 |
|---|---|---|---|---|
| Clara Ortega | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 2.5 | $100.00 | $250.00 |
| Kirsten Raimey | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.4 | $155.00 | $62.00 |
| | | | **Subtotal** | **$2,081.57** |
| | | | **Total** | **$2,081.57** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7191 | 12/11/2024 | $2,445.60 | $0.00 | $2,445.60 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7738 | 04/19/2025 | $2,081.57 | $0.00 | $2,081.57 |
| | | | **Outstanding Balance** | **$4,527.17** |
| | | | **Total Amount Outstanding** | **$4,527.17** |

3/20/25, 3:37 PM                                                    Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  `7`  pages
Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2**  How many parties will be receiving your documents?  `25`  parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below,
> you (hereafter "User") agree to the following terms and
> conditions. This quote is for estimation purposes and is not a
> guarantee of cost for services. Quote is based on current
> information from User about the mailing project requirements. It
> does not constitute a review by BK Attorney Services, LLC for
> pricing on the actual cost of mailing a particular project. Many
> factors may or may not be known at the time of obtaining the
> estimate.  Changes in addresses, changes in documents,
> international mail costs and other factors all influence the

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

87.5

| | |
|---|---|
| Date and Time: | Thu Mar 20 2025 15:37:32 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 175 |
| Sheets Per Envelope | 3.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                          33.25 |
| Postage Cost: | $                                          18.25 |
| Total Cost: | $                                          51.5 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED